UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>v.<br><br>NASHWAN MOHAMED ALI, et al.,<br><br>    Defendants. | Case No. 22-cv-06235-AGT<br><br>**ORDER DENYING APPLICATIONS FOR STAY AND EARLY EVALUATION CONFERENCE**<br><br>Re: Dkt. Nos. 10, 11 |

    Because plaintiff alleges that he was denied a right of access under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181–12189, his case is governed by General Order 56. *See* Dkt. 4 (scheduling order adopting deadlines set by General Order 56). California Civil Code section 55.54, a procedural rule applicable to construction-related accessibility claims filed in state court, doesn't apply. Defendants' applications under section 55.54, for a stay of proceedings and an early evaluation conference, are denied. The parties must comply with General Order 56 and the existing case schedule.

    **IT IS SO ORDERED.**

Dated: January 26, 2023

Alex G. Tse
United States Magistrate Judge