UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>        Plaintiff,<br><br>   v.<br><br>NASHWAN MOHAMED ALI, et al.,<br><br>        Defendants. | Case No. 22-cv-06235-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

The docket indicates that the parties have settled the case. Dkt. 23. Accordingly, the Court conditionally dismisses the case without prejudice. If the parties notify the Court on or before July 24, 2024, that their settlement won't be finalized by that time, the Court will either amend this order or vacate it and schedule a case management conference. If the parties don't file such a notice by July 24, 2024, the action will be dismissed with prejudice. All currently set dates in the case are vacated.

    **IT IS SO ORDERED.**

Dated: June 24, 2024

                                                        Alex G. Tse
                                                        United States Magistrate Judge